UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                   **2ND ORDER OF CONTINUANCE**

          -against-                                    23 Mag. 4655

NICHOLAS ORISINI,

                             Defendant.
------------------------------------------------------------X

       Adjourned to September 6, 2023 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  August 9, 2023
           White Plains, New York

                                                      **SO ORDERED:**

                                                        _____
                                                        ANDREW E. KRAUSE
                                                       United States Magistrate Judge